McGREGOR W. SCOTT
United States Attorney
JEREMIE A. ARTHUR
Special Assistant U.S. Attorney
PROSECUTION UNIT
1 S. Rosamond Blvd.
Edwards, California 93523
Telephone (661) 277-8120

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:05-MJ-00062 TAG |
| Plaintiff, ) | MOTION AND ORDER FOR |
| ) | DISMISSAL OF INFORMATION |
| v. ) | |
| ROBERT A. PEABODY JR. ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against Robert A. Peabody Jr., without prejudice, in the interest of justice so that a criminal complaint can be filed.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: SEP 2 0 2005

By _____
JEREMIE A. ARTHUR
Special Assistant U.S. Attorney

## ORDER

1  IT IS HEREBY ORDERED that the information against Robert A.
2  Peabody Jr., Case No. 5:05-MJ-00062 TAG, be dismissed, without
3  prejudice, in the interest of justice.
4
5  DATED: 9/21/2005            _____
                                THERESA A. GOLDNER
6                               United States Magistrate Judge